This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities v. NR BREA MALL, LLC, NR DEL AMO, LLC, TERRY TANGet al

| Case Number | 49D01-2104-PL-014644 |
|---|---|
| Court | Marion Superior Court 1<br>Commercial Court (Provisional) |
| Type | PL - Civil Plenary |
| Filed | 04/30/2021 |
| Status | 04/30/2021 , Pending  (active) |

## Parties to the Case

Defendant   NR BREA MALL, LLC

Address
Paullett Ho, Registered Agent
1162 N. Lopez Ln.
Azusa, CA 91702

Defendant   NR DEL AMO, LLC

Address
Paullett Ho, Registered Agent
1162 N. Lopez Ln.
Azusa, CA 91702

Defendant   TANG, TERRY

Address
30 Hathaway Lane
Manhasset, NY 11030

Defendant   CHU, ANNA

Address
30 Hathaway Lane
Manhasset, NY 11030

Plaintiff     SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities

Attorney
Michael R. Limrick
*#2304749, Lead, Retained*

Hoover Hull Turner, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
317-822-4400(W)

Attorney
Kenneth J. Munson
*#2307749, Retained*

HOOVER HULL TURNER LLP
111 Monument Circle, Ste 4400
PO Box 44989
Indianapolis, IN 46244
317-822-4400(W)

Attorney
Wayne C Turner
*#228949, Retained*

111 Monument CIR
STE 4400
Indianapolis, IN 46244
317-822-4400(W)

## Chronological Case Summary

| 04/30/2021 | **Case Opened as a New Filing** |

| 05/03/2021 | **Commercial Court Identifying Notice** |

NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Appearance Filed** |

APPEARANCE BY ATTORNEYS IN CIVIL CASE

| For Party: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Complaint/Equivalent Pleading Filed** |

COMPLAINT

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Subpoena/Summons Filed** |

SUMMONS - NR Del Amo, LLC

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Subpoena/Summons Filed** |
| --- | --- |
| | SUMMONS - NR Brea Mall, LLC |

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| --- | --- |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Subpoena/Summons Filed** |
| --- | --- |
| | SUMMONS - Tang |

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| --- | --- |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Subpoena/Summons Filed** |
| --- | --- |
| | SUMMONS - Chu |

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| --- | --- |
| File Stamp: | 04/30/2021 |

| 05/03/2021 | **Certificate of Issuance of Summons** |
| --- | --- |
| | CERTIFICATE OF ISSUANCE OF SUMMONS |

| Filed By: | SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities |
| --- | --- |
| File Stamp: | 05/03/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### SIMON PROPERTY GROUP, L.P., as assignee of its affiliated landlord entities
Plaintiff

**Balance Due** (as of 06/02/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 05/03/2021 | Transaction Assessment | 157.00 |
| 05/03/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
| --- |

# INDIANA COMMERCIAL COURT

STATE OF INDIANA           )          IN THE MARION SUPERIOR COURT
                           )    SS:
COUNTY OF MARION           )          CAUSE NO.


SIMON PROPERTY GROUP, L.P.,                )
as assignee of its affiliated landlord entities,   )
                                           )
           Plaintiff,                      )
                                           )
          v.                                )
                                           )
NR BREA MALL, LLC, NR DEL AMO, LLC,        )
TERRY TANG, and ANNA CHU,                  )
                                           )
          Defendants.                     )

## NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

Plaintiff, Simon Property Group, L.P., respectfully submits this notice identifying the above-captioned matter as a Commercial Court Docket Case pursuant to Indiana Commercial Court Rule 4(A).

Respectfully submitted,
/s/ Michael R. Limrick
Wayne C. Turner (2289-49)
Michael R. Limrick (23047-49)
Kenneth J. Munson (23077-49)
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400, Fax: (317) 822-0234
wturner@hooverhullturner.com
mlimrick@hooverhullturner.com
kmunson@hooverhullturner.com

*Attorneys for Plaintiff*

#1169066

Case 1:21-cv-01464-SEB-TAB   Document 1-4  Filed 06/03/21   Page 5 of 24 PageID #: 158

49D01-2104-PL-014643

Filed: 4/30/2021 10:09 PM
Clerk
Marion Superior Court 1
Marion County, Indiana

# INDIANA COMMERCIAL COURT

STATE OF INDIANA     )        IN THE MARION SUPERIOR COURT
                      )   SS:
COUNTY OF MARION     )        CAUSE NO.

SIMON PROPERTY GROUP, L.P.,        )
as assignee of its affiliated landlord entities,    )
                                           )
            Plaintiff,                   )
                                           )
         v.                          )
                                           )
NR BREA MALL, LLC, NR DEL AMO, LLC,    )
TERRY TANG, and ANNA CHU,           )
                                           )
          Defendants.                 )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE
## PURSUANT TO TRIAL RULE 3.1

1.      The party on whose behalf this form is being filed is:

      Initiating  <u> X </u>  Responding  <u>    </u>  Intervening  <u>  </u>

2.      The undersigned attorney listed on this form now appears in this case for the following party member(s):

                         **SIMON PROPERTY GROUP, L.P.,**
                   **As assignee of its affiliated landlord entities**

3.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Names:**       **Wayne C. Turner, Atty. Number: 2289-49**
                 **Michael R. Limrick, Atty. Number: 23047-49**
                 **Kenneth J. Munson, Atty. Number: 23077-49**

**Address:**        Hoover Hull Turner LLP
                    111 Monument Circle, Suite 4400
                    P.O. Box 44989
                    Indianapolis, IN 46244-0989
                    Phone: (317) 822-4400
                    Fax: (317) 822-0234
                    wturner@hooverhullturner.com
                    mlimrick@hooverhullturner.com
                    kmunson@hooverhullturner.com

Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

4.      If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  **PL**

5.      This case involves child support issues. Yes _ No **X**

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _ No **X**

7.      There are related cases:  Yes _ No **X**

8.      There are other party members:  Yes _ No **X**

9.      This form has been served on all other parties. Certificate of Service is separately filed. Yes _X_  No ____

2

Respectfully submitted,

/s/ Wayne C. Turner
/s/ Michael R. Limrick
/s/ Kenneth J. Munson
Wayne C. Turner (2289-49)
Michael R. Limrick (23047-49)
Kenneth J. Munson (23077-49)
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
wturner@hooverhullturner.com
mlimrick@hooverhullturner.com
kmunson@hooverhullturner.com

*Attorneys for Plaintiff*

#1169067

3

49D01-2104-PL-014644

**Marion Superior Court 1**

Filed: 4/30/2021 10:09 PM
Clerk
Marion County, Indiana

# INDIANA COMMERCIAL COURT

STATE OF INDIANA     )  
                        )   SS:  
COUNTY OF MARION   )  

           IN THE MARION SUPERIOR COURT

           CAUSE NO.

SIMON PROPERTY GROUP, L.P.,      )  
as assignee of its affiliated landlord entities,    )  
                                      )  
              Plaintiff,          )  
                                      )  
          v.                 )  
                                      )  
NR BREA MALL, LLC, NR DEL AMO, LLC,   )  
TERRY TANG, and ANNA CHU,        )  
                                      )  
            Defendants.        )

## COMPLAINT

Plaintiff Simon Property Group, L.P. ("Simon"), as assignee of its affiliated landlord

entities ("Simon Landlords"),[1] for its Complaint against NR Brea Mall, LLC, NR Del Amo,

LLC, Terry Tang, and Anna Chu, alleges and states as follows:

## NATURE OF THE ACTION

1.     Simon seeks monetary damages arising from the defendant tenants' operation

of Nature Republic stores at Brea Mall and Del Amo Fashion Center.

2.     Defendant NR Brea Mall, LLC has failed to pay more than $225,000 in rent due

and owing under the retail lease for its store at Brea Mall. Defendant NR Del Amo, LLC

has failed to pay more than $345,000 in rent due and owing under the retail lease for its

---

[1] The Simon Landlords are The Retail Property Trust (Brea Mall) and Del Amo Fashion Center Operating
Company, L.L.C. (Del Amo Fashion Center).

store at Del Amo Fashion Center. Defendants Terry Tang and Anna Chu are guarantors of the tenants' obligations under both leases at issue.

3.      The defendants are in default on each of their respective obligations under the leases at issue, for failure to pay amounts due. The defendants' refusal to pay rent is expected to continue, and the amounts due and owing will continue to accrue with interest.

4.      Simon is the principal operating partnership for Simon Property Group, Inc., a publicly held Delaware corporation and Simon's sole general partner. Simon is in the business of owning and operating commercial retail real estate properties throughout the United States.

5.      Each individual retail property is typically owned by a separate single purpose landlord entity in which Simon has either a direct or indirect controlling interest. Pursuant to an April 30, 2021 Omnibus Written Consent, Grant of Power of Attorney & Assignment of Claims, each of the Simon Landlords has: (i) irrevocably appointed Simon as its attorney-in-fact with full authority to take any action with regard to the claims brought in this suit; (ii) authorized and directed Simon to bring this suit, without the involvement of the Simon Landlords, and (iii) assigned Simon the title to and ownership of the claims sought in this suit.

## FACTUAL BACKGROUND

6.      Attached hereto as **Exhibits 1 and 2** are the lease documents at issue in this action, for premises at Del Amo Fashion Center and Brea Mall.[2] Each of the leases was entered into for good and valuable consideration and is a valid and enforceable contract.

7.      Pursuant to the terms of each lease, defendants NR Brea Mall, LLC and NR Del Amo, LLC (together, "Tenants") have been or are required to pay rent and other charges each month. Tenants further agreed that any failure to pay rent and other charges when due, if not cured within the required time, would constitute a default and breach of the lease entitling the Simon Landlords to collect a late payment service charge, interest, and other amounts in addition to the unpaid rent, including court costs and attorneys' fees, as well as to exercise other remedies for Tenants' default.

8.      Tenants have failed to make all payments due.

9.      Defendants Terry Tang and Anna Chu (together, "Guarantors") are guarantors of Tenants' performance for the full term of each lease at issue. Their guaranties are included in Exhibits 1 and 2. Guarantors, jointly and severally, "absolutely and unconditionally guarantee[d]" the full and prompt payment when due of "all rents, charges and additional sums coming due" under the leases at issue. Guarantors also agreed to "pay all expenses, including attorneys' fees and legal expenses, paid or incurred by Landlord in endeavoring to collect or enforce" Tenants' obligations.

---

[2] The financial terms of the leases are redacted. The defendants have complete, unredacted copies.

3

10.     Simon has provided written notice of Tenants' failure to pay and demanded payment of amounts past due and owing.

11.     Tenants remain in default, despite receiving written notice and an opportunity to cure, and continue to refuse to pay the amounts due.

12.     The applicable notice and cure period under each of the leases has expired. Any requirement to provide further notice or an opportunity to cure has been satisfied, waived, or does not apply.

13.     To date, the Simon Landlords have suffered more than $570,000 in damages, combined, as a result of defendants' breaches of their obligations. That amount will continue to grow as interest, charges, costs, and fees accrue.

## COUNT I - BREACH OF CONTRACT (TENANTS)

14.     Simon incorporates paragraphs 1 through 13 as if fully set forth herein.

15.     Tenants have failed and refused to timely pay all amounts due and owing to the Simon Landlords at the time such payments were due. Each such failure and refusal constitutes a material breach and default of the applicable leases.

16.     The Simon Landlords have performed all obligations and duties owed by them under the leases and have not excused or waived Tenants' breaches.

17.     Any provision in the leases requiring Tenants to have an opportunity to cure their defaults has been satisfied or would be futile.

18.     The requirement that Tenants timely pay rent due under the leases has not been excused.

4

19.    The total combined amount owed by Tenants under the leases is more than $570,000. In addition to the amounts due and owing under the leases, and such additional amounts that may accrue hereafter, Simon is also entitled to recover interest, plus its costs, expenses, and attorneys' fees incurred in enforcing the terms of the leases.

## COUNT II - BREACH OF CONTRACT (GUARANTORS)

20.    Simon incorporates paragraphs 1 through 13 as if fully set forth herein.

21.    Guarantors made the promises set forth above, and others, "in consideration of the execution" of the leases at issue and "for the purpose of inducing" the Simon Landlords to enter into the leases at issue.

22.    Guarantors have failed to fulfill their obligations under the guaranties.

23.    The Simon Landlords have performed all obligations and duties owed by them under the leases and guaranties and have not excused or waived Guarantors' liabilities.

## PRAYER FOR RELIEF

WHEREFORE, Simon respectfully requests that the Court: (1) enter judgment in its favor and against Tenants on Count I of the Complaint; (2) enter judgment in its favor and against Guarantors on Count II of the Complaint; (3) award Simon damages in an amount to be determined at trial; (4) award Simon pre- and post-judgment interest as provided in the leases or as otherwise provided by law; (5) award Simon its attorneys' fees, legal expenses, and costs in maintaining this action; and (6) award Simon any such other relief as the Court deems just and proper.

5

Simon Property Group, L.P.

By its attorneys:

*/s/ Michael R. Limrick*
Wayne C. Turner (2289-49)
Michael R. Limrick (23047-49)
Kenneth J. Munson (23077-49)
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
Indianapolis, Indiana 46204
Phone (317) 822-4400
Fax (317) 822-0234
wturner@hooverhullturner.com
mlimrick@hooverhullturner.com
kmunson@hooverhullturner.com

6

# INDIANA COMMERCIAL COURT

STATE OF INDIANA     )         IN THE MARION SUPERIOR COURT
                   )   SS:
COUNTY OF MARION   )         CAUSE NO.

|  |  |
|---|---|
| SIMON PROPERTY GROUP, L.P., | ) |
| as assignee of its affiliated landlord entities, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| NR BREA MALL, LLC, NR DEL AMO, LLC, | ) |
| TERRY TANG, and ANNA CHU, | ) |
|  | ) |
| Defendants. | ) |

**SEAL** — MARION COUNTY COURTS INDIANA

## SUMMONS

**TO DEFENDANT:**    **NR Del Amo, LLC**
                         **c/o Paullett Ho (Registered Agent)**
                         **1162 N. Lopez Ln.**
                         **Azusa, CA  91702**

       You are hereby notified that you have been sued by the persons named "Plaintiff" and in the Court stated above.

       The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

       An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

       If you need the name of an attorney, you may contact the Indiana Bar Association at 317-639-5465.

DATED: ___5/3/2021_____        _Myla A. Eldridge_____
                                  CLERK, Marion Superior Court
The following manner of service of this Summons is hereby designated:

     _X_    Registered or Certified Mail
     ___    Service on Individual by _____ County Sheriff
     ___    Service at place of employment, to wit:_____
     ___    Private Service

**Attorneys for Plaintiffs:**  Wayne C. Turner, Michael R. Limrick, Kenneth J. Munson, Hoover Hull Turner, LLP, 111 Monument Circle, Suite 4400, P.O. Box 44989, Indianapolis, IN  46244-0989; Phone: (317)822-4400

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

**SHERIFF'S RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

(3)  Other Service or Remarks:

_____          _____
Sheriff's Costs                                 Sheriff

Dated:  _____          By: _____
                                                              Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the Defendant, _____, by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated:  _____

_____
Clerk, Marion Superior Court

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

Dated:  _____          _____
                                                      Clerk, Marion Superior Court

# INDIANA COMMERCIAL COURT

STATE OF INDIANA      )        IN THE MARION SUPERIOR COURT
                                )   SS:
COUNTY OF MARION     )        CAUSE NO.

| | |
|---|---|
| SIMON PROPERTY GROUP, L.P., | ) |
| as assignee of its affiliated landlord entities, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NR BREA MALL, LLC, NR DEL AMO, LLC, | ) |
| TERRY TANG, and ANNA CHU, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO DEFENDANT:**     **NR Brea Mall, LLC**
                           **c/o Paullett Ho (Registered Agent)**
                           **1162 N. Lopez Ln.**
                           **Azusa, CA  91702**

      You are hereby notified that you have been sued by the persons named "Plaintiff" and in the Court stated above.

      The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

      If you need the name of an attorney, you may contact the Indiana Bar Association at 317-639-5465.

DATED: _____5/3/2021_____      _____Myla A. Eldridge_____
                                                    CLERK, Marion Superior Court
The following manner of service of this Summons is hereby designated:

      _X_      Registered or Certified Mail
      ___      Service on Individual by _____ County Sheriff
      ___      Service at place of employment, to wit:_____
      ___      Private Service

**Attorneys for Plaintiffs:**  Wayne C. Turner, Michael R. Limrick, Kenneth J. Munson, Hoover Hull Turner, LLP, 111 Monument Circle, Suite 4400, P.O. Box 44989, Indianapolis, IN  46244-0989; Phone: (317)822-4400

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

**SHERIFF'S RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

(3)  Other Service or Remarks:

_____          _____
Sheriff's Costs                             Sheriff

Dated:  _____          By: _____
                                                      Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the Defendant, _____, by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated:  _____

_____
Clerk, Marion Superior Court

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

Dated:  _____          _____
                                                           Clerk, Marion Superior Court

Case 1:21-cv-01464-SEB-TAB   Doc #: 1-2504-Filed 01/06/23/21   Page 18 of 24 PageID #: 1894/2021 10:09 PM

Filed: 4/3/2021 10:09 PM
Clerk
Marion County, Indiana

49D01-2504-PL-014648
Marion Superior Court 1

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

|  |  |
|---|---|
| SIMON PROPERTY GROUP, L.P., | ) |
| as assignee of its affiliated landlord entities, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NR BREA MALL, LLC, NR DEL AMO, LLC, | ) |
| TERRY TANG, and ANNA CHU, | ) |
| | ) |
| Defendants. | ) |

**MARION COUNTY COURTS**

**SEAL**

**INDIANA**

## <u>SUMMONS</u>

**TO DEFENDANT:**   **Terry Tang**
**30 Hathaway Lane**
**Manhasset, NY  11030**

You are hereby notified that you have been sued by the persons named "Plaintiff" and in the Court stated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

If you need the name of an attorney, you may contact the Indiana Bar Association at 317-639-5465.

DATED: __5/3/2021__                      _____
                                                                  *Myla A. Eldridge*
                                                        CLERK, Marion Superior Court

The following manner of service of this Summons is hereby designated:

    _X_     Registered or Certified Mail
    ___     Service on Individual by _____ County Sheriff
    ___     Service at place of employment, to wit:_____
    ___     Private Service

**Attorneys for Plaintiffs:**   Wayne C. Turner, Michael R. Limrick, Kenneth J. Munson, Hoover Hull Turner, LLP, 111 Monument Circle, Suite 4400, P.O. Box 44989, Indianapolis, IN  46244-0989; Phone: (317)822-4400

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

**SHERIFF'S RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

(3)  Other Service or Remarks:

_____          _____
Sheriff's Costs                                        Sheriff

Dated: _____          By: _____
                                                                    Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the Defendant, _____, by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____

_____
Clerk, Marion Superior Court

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

Dated: _____          _____
                                                              Clerk, Marion Superior Court

Case 1:21-cv-01464-SEB-TAB   Doc 001-2 101-Filed 01464/23/21   Page 20 of 24 PageID #: 133

Filed: 4/30/2021 10:09 PM
Clerk
Marion County, Indiana

49D01-2504-PL-014648
Marion Superior Court 1

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| SIMON PROPERTY GROUP, L.P., | ) |
| as assignee of its affiliated landlord entities, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NR BREA MALL, LLC, NR DEL AMO, LLC, | ) |
| TERRY TANG, and ANNA CHU, | ) |
| | ) |
| Defendants. | ) |

**SEAL**

## SUMMONS

**TO DEFENDANT:**    **Anna Chu**
**30 Hathaway Lane**
**Manhasset, NY  11030**

You are hereby notified that you have been sued by the persons named "Plaintiff" and in the Court stated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

If you need the name of an attorney, you may contact the Indiana Bar Association at 317-639-5465.

DATED: _____5/3/2021_____          _____
                                   CLERK, Marion Superior Court

The following manner of service of this Summons is hereby designated:

    _X_    Registered or Certified Mail
    ___    Service on Individual by _____ County Sheriff
    ___    Service at place of employment, to wit:_____
    ___    Private Service

**Attorneys for Plaintiffs:**   Wayne C. Turner, Michael R. Limrick, Kenneth J. Munson, Hoover Hull Turner, LLP, 111 Monument Circle, Suite 4400, P.O. Box 44989, Indianapolis, IN  46244-0989; Phone: (317)822-4400

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

**SHERIFF'S RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said Defendant at the above address.

(3)  Other Service or Remarks:

_____        _____
Sheriff's Costs                          Sheriff

Dated: _____        By: _____
                                                        Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the Defendant, _____, by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____

_____
Clerk, Marion Superior Court

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

Dated: _____        _____
                                                          Clerk, Marion Superior Court

Filed: 5/3/2021 1:19 PM
Clerk
Marion County, Indiana

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2104-PL-014644 |

SIMON PROPERTY GROUP, L.P.,  )
as assignee of its affiliated landlord entities,  )
           )
     Plaintiff,  )
           )
     v.  )
           )
NR BREA MALL, LLC, NR DEL AMO, LLC,  )
TERRY TANG, and ANNA CHU,  )
           )
     Defendants.  )

### CERTIFICATE OF ISSUANCE OF SUMMONS

Pursuant to T.R. 86(G)(2)(C), plaintiff Simon Property Group, L.P. hereby certifies the following:

On May 3, 2021, Simon caused the following to be served *via certified mail – return receipt requested* to *NR Brea Mall, LLC, c/o Paullett Ho, Registered Agent, 1162 N. Lopez Ln., Azusa, CA  91702; No. 7020 0640 0000 7325 9812; NR Del Amo, LLC, c/o Paullett Ho (Registered Agent), 1162 N. Lopez Ln., Azusa, CA  91702, No. 7020 0640 0000 7325 9744; Terry Tang, 30 Hathaway Lane, Manhasset, NY  11030, No. 7020 0640 0000 7325 9737; and Anna Chu, 30 Hathaway Lane, Manhasset, NY  11030, No. 7020 0640 0000 7325 9768.*

1

a. Complaint;

b. Summons;

c. Appearance of Wayne C. Turner, Michael R. Limrick and Kenneth J. Munson;

d. Notice Identifying Commercial Court Docket Case, and

e. Certificate of Issuance of Summons.

Date:  May 3, 2021                    Respectfully submitted,


/s/ Michael R. Limrick
Wayne C. Turner (2289-49)
Michael R. Limrick (23047-49)
Kenneth J. Munson (23077-49)
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
wturner@hooverhullturner.com
mlimrick@hooverhullturner.com
kmunson@hooverhullturner.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2021, a copy of the foregoing

was served upon the following via certified mail:

NR Brea Mall, LLC
c/o Paullett Ho (Registered Agent)
1162 N. Lopez Ln.
Azusa, CA 91702

NR Del Amo, LLC
c/o Paullett Ho (Registered Agent)
1162 N. Lopez Ln.
Azusa, CA 91702

Terry Tang
30 Hathaway Lane
Manhasset, NY 11030

Anna Chu
30 Hathaway Lane
Manhasset, NY 11030


/s/ Michael R. Limrick
Attorney for Plaintiff

3